Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Nicole R. Tomasic** | : | Case No. 17−22929−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 86 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 11/30/22 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this *The 27th of September, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 86 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before November 10, 2022**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *November 30, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at:
http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).
**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-22929-GLT
Nicole R. Tomasic     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Sep 27, 2022     Form ID: 604     Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole R. Tomasic, 630 3rd Street, North Versailles, PA 15137-1224 |
| 14661920 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14661929 | + | Keystone Collection Group, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2022 23:35:04 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 27 2022 23:31:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14661921 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2022 23:31:00 | Ally Auto, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14674642 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2022 23:31:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14661922 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2022 23:35:09 | Capital One Services, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14705812 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2022 23:35:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14661923 | ^ | MEBN | Sep 27 2022 23:28:30 | Chase Bank USA NA, c/o MRS BPO LLC, 1930 Oleny Avenue, Cherry Hill, NJ 08003-2016 |
| 14661924 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2022 23:31:00 | Comenity Bank/Victoria's Secret, PO Box 182273, Columbus, OH 43218-2273 |
| 14661925 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2022 23:31:00 | Comenity/NWYRK& CO, Po Box 182273, Columbus, OH 43218-2273 |
| 14728470 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 27 2022 23:32:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14661927 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 27 2022 23:31:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 14704310 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 27 2022 23:31:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14661928 | + | Email/Text: mediamanagers@clientservices.com | | |

Case 17-22929-GLT    Doc 89    Filed 09/29/22    Entered 09/30/22 00:25:59    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2022 | Form ID: 604 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 27 2022 23:31:00 | Home Depot, c/o Client Services, 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-4047 |
| 14661930 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2022 23:31:00 | Kohl's, c/o Merchants & Medical Credit Corporati, 6324 Taylor Drive, Flint, MI 48507-4680 |
| 14661931 | + | Email/Text: customercareus@creditcorpsolutionsinc.com | Sep 27 2022 23:31:00 | Lending Club, c/o Credit Corp Solutions Inc, 180 Election Road, Suite 200, Draper, UT 84020-6406 |
| 14721667 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2022 23:31:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14698942 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2022 23:35:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14662544 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2022 23:35:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14661932 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2022 23:31:00 | Pennsylvania Department of Revenue, Bureau of Compliance, Strawberry Square, 5th Floor, Harrisburg, PA 17128-0001 |
| 14673536 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2022 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14680356 | + | Email/Text: ebnpeoples@grblaw.com | Sep 27 2022 23:31:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14716572 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2022 23:31:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14661933 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2022 23:31:00 | Synchrony Bank/Amazon, c/o Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14661934 | + | Email/Text: mediamanagers@clientservices.com | Sep 27 2022 23:31:00 | Synchrony Bank/HH Gregg, c/o Client Services, 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-4047 |
| 14706007 | | Email/Text: bncnotifications@pheaa.org | Sep 27 2022 23:31:00 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14693559 | | Email/PDF: ebn_ais@aisinfo.com | Sep 27 2022 23:35:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14661926 | ##+ | Fed Loan Servicing, US Department of Education, PO Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Sep 27, 2022 | Form ID: 604 | Total Noticed: 29 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Nicole R. Tomasic julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lois M. Vitti | on behalf of Creditor Freedom Mortgage Corporation nicole@vittilaw.com  loismvitti@vittilaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 10