**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>NICOLE R. TOMASIC<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:17-22929<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


September 27, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/19/2017 and confirmed on 8/31/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 106,837.00 |
| Less Refunds to Debtor | 2,559.31 | |
| TOTAL AMOUNT OF PLAN FUND | | 104,277.69 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,400.00 | |
|   Trustee Fee | 4,728.99 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,128.99 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FREEDOM MORTGAGE CORPORATION<br>Acct: 0540 | 0.00 | 58,879.68 | 0.00 | 58,879.68 |
| FREEDOM MORTGAGE CORPORATION<br>Acct: 0540 | 1,334.74 | 1,334.74 | 0.00 | 1,334.74 |
| ALLY BANK(*)<br>Acct: 1589 | 22,065.93 | 22,065.93 | 2,897.52 | 24,963.45 |
| | | | | 85,177.87 |
| **Priority** | | | | |
| LAUREN M LAMB ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NICOLE R. TOMASIC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NICOLE R. TOMASIC<br>Acct: | 2,559.31 | 2,559.31 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| KENNETH M STEINBERG ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4-22 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 9902 | 86.87 | 86.87 | 0.00 | 86.87 |
| FREEDOM MORTGAGE CORPORATION<br>Acct: 0540 | 0.00 | 0.00 | 0.00 | 0.00 |
| FREEDOM MORTGAGE CORPORATION<br>Acct: 0540 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 86.87 |
| **Unsecured** | | | | |
| US DEPARTMENT OF EDUCATION<br>Acct: 9902 | 0.00 | 7,750.00 | 0.00 | 7,750.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU<br>Acct: 8029 | 1,237.96 | 175.15 | 0.00 | 175.15 |
| ALLEGHENY HEALTH NETWORK++ | 0.00 | 0.00 | 0.00 | 0.00 |

17-22929                                                                                           Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6572 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,246.53 | 459.32 | 0.00 | 459.32 |
| Acct: 2315 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1458 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 258.72 | 36.60 | 0.00 | 36.60 |
| Acct: 0696 | | | | |
|   MIDLAND FUNDING LLC | 1,017.03 | 143.89 | 0.00 | 143.89 |
| Acct: 2205 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,516.43 | 214.54 | 0.00 | 214.54 |
| Acct: 1578 | | | | |
|   KEYSTONE CREDIT SERVICES LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4137 | | | | |
|   CAPITAL ONE NA** | 1,905.19 | 269.55 | 0.00 | 269.55 |
| Acct: 7376 | | | | |
|   LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6776 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3986 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7791 | | | | |
|   DUQUESNE LIGHT COMPANY* | 732.11 | 103.58 | 0.00 | 103.58 |
| Acct: 9902 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 254.06 | 35.94 | 0.00 | 35.94 |
| Acct: 8285 | | | | |
|   PA DEPARTMENT OF REVENUE* | 4.30 | 0.61 | 0.00 | 0.61 |
| Acct: 9902 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 191.48 | 27.09 | 0.00 | 27.09 |
| Acct: 0001 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 4,719.32 | 667.69 | 0.00 | 667.69 |
| Acct: 4898 | | | | |
|   MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 9,883.96 |

TOTAL PAID TO CREDITORS                                                                    95,148.70

  TOTAL CLAIMED
  PRIORITY                    86.87
  SECURED                 23,400.67
  UNSECURED               15,083.13


Date: 09/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
NICOLE R. TOMASIC

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-22929

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                       Case No. 17-22929-GLT

Nicole R. Tomasic                                        Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                            User: auto                                Page 1 of 3

Date Rcvd: Sep 27, 2022                       Form ID: pdf900                     Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole R. Tomasic, 630 3rd Street, North Versailles, PA 15137-1224 |
| 14661920 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14661929 | + | Keystone Collection Group, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 27 2022 23:35:05 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 27 2022 23:31:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14661921 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2022 23:31:00 | Ally Auto, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14674642 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2022 23:31:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14661922 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2022 23:35:09 | Capital One Services, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14705812 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2022 23:35:10 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14661923 | ^ | MEBN | Sep 27 2022 23:28:33 | Chase Bank USA NA, c/o MRS BPO LLC, 1930 Oleny Avenue, Cherry Hill, NJ 08003-2016 |
| 14661924 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2022 23:31:00 | Comenity Bank/Victoria's Secret, PO Box 182273, Columbus, OH 43218-2273 |
| 14661925 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2022 23:31:00 | Comenity/NWYRK& CO, Po Box 182273, Columbus, OH 43218-2273 |
| 14728470 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 27 2022 23:32:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14661927 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 27 2022 23:31:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 14704310 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 27 2022 23:31:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14661928 | + | Email/Text: mediamanagers@clientservices.com | | |

Case 17-22929-GLT    Doc 90    Filed 09/29/22    Entered 09/30/22 00:25:59    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 27 2022 23:31:00 | Home Depot, c/o Client Services, 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-4047 |
| 14661930 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2022 23:31:00 | Kohl's, c/o Merchants & Medical Credit Corporati, 6324 Taylor Drive, Flint, MI 48507-4680 |
| 14661931 | + | Email/Text: customercareus@creditcorpsolutionsinc.com | Sep 27 2022 23:31:00 | Lending Club, c/o Credit Corp Solutions Inc, 180 Election Road, Suite 200, Draper, UT 84020-6406 |
| 14721667 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2022 23:31:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14698942 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2022 23:35:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14662544 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2022 23:35:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14661932 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2022 23:31:00 | Pennsylvania Department of Revenue, Bureau of Compliance, Strawberry Square, 5th Floor, Harrisburg, PA 17128-0001 |
| 14673536 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2022 23:31:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14680356 | + | Email/Text: ebnpeoples@grblaw.com | Sep 27 2022 23:31:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14716572 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2022 23:31:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14661933 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2022 23:31:00 | Synchrony Bank/Amazon, c/o Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14661934 | + | Email/Text: mediamanagers@clientservices.com | Sep 27 2022 23:31:00 | Synchrony Bank/HH Gregg, c/o Client Services, 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-4047 |
| 14706007 | | Email/Text: bncnotifications@pheaa.org | Sep 27 2022 23:31:00 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14693559 | | Email/PDF: ebn_ais@aisinfo.com | Sep 27 2022 23:35:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14661926 | ##+ | Fed Loan Servicing, US Department of Education, PO Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 17-22929-GLT    Doc 90    Filed 09/29/22    Entered 09/30/22 00:25:59    Desc Imaged
Certificate of Notice    Page 7 of 7

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2022 | Form ID: pdf900 | Total Noticed: 29 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2022            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Nicole R. Tomasic julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lois M. Vitti | on behalf of Creditor Freedom Mortgage Corporation nicole@vittilaw.com  loismvitti@vittilaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 10