**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>NICOLE R. TOMASIC<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-22929 GLT<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/19/2017 and confirmed on 08/31/2017. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 106,837.00 |
| Less Refunds to Debtor | 2,559.31 | |
| TOTAL AMOUNT OF PLAN FUND | | 104,277.69 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,400.00 | |
|     Trustee Fee | 4,729.04 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,129.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 58,879.68 | 0.00 | 58,879.68 |
|     Acct: 0540 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 1,334.74 | 1,334.74 | 0.00 | 1,334.74 |
|     Acct: 0540 | | | | |
|   ALLY BANK(*) | 22,065.93 | 22,065.93 | 2,897.52 | 24,963.45 |
|     Acct: 1589 | | | | |
| | | | | 85,177.87 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOLE R. TOMASIC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOLE R. TOMASIC | 2,559.31 | 2,559.31 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 17-22929 GLT | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| STEIDL & STEINBERG<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4-22 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 9902 | 86.87 | 86.87 | 0.00 | 86.87 |
| FREEDOM MORTGAGE CORPORATION<br>Acct: 0540 | 0.00 | 0.00 | 0.00 | 0.00 |
| FREEDOM MORTGAGE CORPORATION<br>Acct: 0540 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 86.87 |

**Unsecured**

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION<br>Acct: 9902 | 0.00 | 7,750.00 | 0.00 | 7,750.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA Fl<br>Acct: 8029 | 1,237.96 | 175.15 | 0.00 | 175.15 |
| ALLEGHENY HEALTH NETWORK++<br>Acct: 6572 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LL<br>Acct: 2315 | 3,246.53 | 459.32 | 0.00 | 459.32 |
| JPMORGAN CHASE BANK NA<br>Acct: 1458 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA Fl<br>Acct: 0696 | 258.72 | 36.60 | 0.00 | 36.60 |
| MIDLAND FUNDING LLC<br>Acct: 2205 | 1,017.03 | 143.89 | 0.00 | 143.89 |
| PORTFOLIO RECOVERY ASSOCIATES, LL<br>Acct: 1578 | 1,516.43 | 214.54 | 0.00 | 214.54 |
| KEYSTONE CREDIT SERVICES LLC**<br>Acct: 4137 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE NA**<br>Acct: 7376 | 1,905.19 | 269.55 | 0.00 | 269.55 |
| LENDING CLUB CORP*<br>Acct: 6776 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 3986 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 7791 | 0.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*)<br>Acct: 9902 | 732.11 | 103.58 | 0.00 | 103.58 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 8285 | 254.06 | 35.94 | 0.00 | 35.94 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 9902 | 4.30 | 0.56 | 0.00 | 0.56 |
| VERIZON BY AMERICAN INFOSOURCE LP<br>Acct: 0001 | 191.48 | 27.09 | 0.00 | 27.09 |
| PORTFOLIO RECOVERY ASSOCIATES, LL<br>Acct: 4898 | 4,719.32 | 667.69 | 0.00 | 667.69 |
| MCCALLA RAYMER  ET AL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PHELAN HALLINAN DIAMOND & JONES LI<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES (AMERICAN IN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 9,883.91 |

TOTAL PAID TO CREDITORS                                                                                                  95,148.65

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 86.87 |
| SECURED | 23,400.67 |
| UNSECURED | 15.083.13 |

Date: 11/07/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com