**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Nicole R. Tomasic<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9902<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–22929–GLT | |

# Order of Discharge                                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Nicole R. Tomasic

   11/14/22                                                        **By the court:** Gregory L. Taddonio
                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Nicole R. Tomasic  
    Debtor

Case No. 17-22929-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Nov 14, 2022      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole R. Tomasic, 630 3rd Street, North Versailles, PA 15137-1224 |
| 14661920 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14661929 | + | Keystone Collection Group, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 15 2022 08:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2022 03:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 15 2022 08:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2022 03:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Nov 15 2022 08:23:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Nov 15 2022 03:26:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14661921 | | EDI: GMACFS.COM | Nov 15 2022 08:23:00 | Ally Auto, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14674642 | | EDI: GMACFS.COM | Nov 15 2022 08:23:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14661922 | + | EDI: CAPITALONE.COM | Nov 15 2022 08:23:00 | Capital One Services, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14705812 | | Email/PDF: bncnotices@becket-lee.com | Nov 15 2022 03:35:45 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14661923 | ^ | MEBN | Nov 15 2022 03:24:24 | Chase Bank USA NA, c/o MRS BPO LLC, 1930 Oleny Avenue, Cherry Hill, NJ 08003-2016 |

Case 17-22929-GLT    Doc 98    Filed 11/16/22    Entered 11/17/22 00:34:00    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2022 | Form ID: 3180W | Total Noticed: 31 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14661924 | + | EDI: WFNNB.COM | Nov 15 2022 08:23:00 | Comenity Bank/Victoria's Secret, PO Box 182273, Columbus, OH 43218-2273 |
| 14661925 | + | EDI: WFNNB.COM | Nov 15 2022 08:23:00 | Comenity/NWYRK& CO, Po Box 182273, Columbus, OH 43218-2273 |
| 14728470 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 15 2022 03:26:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14661927 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 15 2022 03:26:00 | Freedom Mortgage, PO Box 619063, Dallas, TX 75261-9063 |
| 14704310 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 15 2022 03:26:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14661928 | + | Email/Text: mediamanagers@clientservices.com | Nov 15 2022 03:26:00 | Home Depot, c/o Client Services, 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-4047 |
| 14661930 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2022 03:26:00 | Kohl's, c/o Merchants & Medical Credit Corporati, 6324 Taylor Drive, Flint, MI 48507-4680 |
| 14661931 | + | Email/Text: customercareus@creditcorpsolutionsinc.com | Nov 15 2022 03:25:00 | Lending Club, c/o Credit Corp Solutions Inc, 180 Election Road, Suite 200, Draper, UT 84020-6406 |
| 14721667 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 15 2022 03:26:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14698942 | | EDI: PRA.COM | Nov 15 2022 08:23:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14662544 | + | EDI: RECOVERYCORP.COM | Nov 15 2022 08:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14661932 | + | EDI: PENNDEPTREV | Nov 15 2022 08:23:00 | Pennsylvania Department of Revenue, Bureau of Compliance, Strawberry Square, 5th Floor, Harrisburg, PA 17128-0001 |
| 14661932 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2022 03:26:00 | Pennsylvania Department of Revenue, Bureau of Compliance, Strawberry Square, 5th Floor, Harrisburg, PA 17128-0001 |
| 14673536 | | EDI: PENNDEPTREV | Nov 15 2022 08:23:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14673536 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2022 03:26:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14680356 | + | Email/Text: ebnpeoples@grblaw.com | Nov 15 2022 03:26:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14716572 | | EDI: Q3G.COM | Nov 15 2022 08:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14661933 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 15 2022 03:26:00 | Synchrony Bank/Amazon, c/o Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14661934 | + | Email/Text: mediamanagers@clientservices.com | Nov 15 2022 03:26:00 | Synchrony Bank/HH Gregg, c/o Client Services, 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-4047 |
| 14706007 | | Email/Text: bncnotifications@pheaa.org | Nov 15 2022 03:26:00 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14693559 | | EDI: AIS.COM | Nov 15 2022 08:23:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 32

Case 17-22929-GLT    Doc 98    Filed 11/16/22    Entered 11/17/22 00:34:00    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2022 | Form ID: 3180W | Total Noticed: 31 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14661926 | ##+ | Fed Loan Servicing, US Department of Education, PO Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022                 Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren M. Lamb | on behalf of Debtor Nicole R. Tomasic julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lois M. Vitti | on behalf of Creditor Freedom Mortgage Corporation nicole@vittilaw.com  loismvitti@vittilaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 10